*General,* for appellee.

26833.   PARRISH v. SMITH.

NICHOLS, Justice. The appeal was docketed in this court on September 14, 1971. The enumeration of errors was filed on October 6, 1971. No providential cause for such late filing was shown, and under decisions exemplified by *Baker v. State,* 226 Ga. 45 (172 SE2d 409); *Hatton v. State,* 226 Ga. 18 (172 SE2d 427), the appeal must be dismissed. See also Rule 14 (a) of this court.

*Appeal dismissed. All the Justices concur.*
SUBMITTED NOVEMBER 8, 1971—DECIDED NOVEMBER 18, 1971.

Frank Parrish, *pro se.*